**No. 46989.**—Protest 774794–G of R. W. Gresham (Cleveland).

Opinion by CLINE, J. When this case was called for trial the plaintiff submitted the protest without evidence in support of the claims made. There being nothing in the record to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 46990.**—Protests 820207–G, etc., of Agress Nut & Seed Co. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, FEBRUARY 26, 1942

**No. 46991.**—Protests 904082–G, etc., of Balfour, Guthrie & Co. et al. (Philadelphia, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46992.**—Protests 67096–K, etc., of M. Adlers Son et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MARCH 2, 1942

**No. 46993.**—Protests 67178–K, etc., of F. H. Von Damm et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MARCH 3, 1942

**No. 46994.**— ▮▮▮ —Protests 982407–G, etc. of Benj. Wolf Co., Inc. ▮▮▮ Government's motion for rehearing denied.

**No. 46995.**— ▮▮▮ —Protests 7849–K, etc., of C. S. Allen Corp. ▮▮▮ Government's motion for rehearing denied.